# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:                                                                  Case No. 21-13777-EPK
Delray Beach National Church                              Chapter 11
Of God, Inc.
     Debtor.
_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of: ☐ Plaintiff ☐ Defendant ☐ Debtor ☒ Other: Creditor, RMC Development, LLC

Submitted By: Ronald G. Neiwirth, Esquire
Counsel for Creditor RMC Development, LLC
200 S. Andrews Ave, 9th Floor /Ft. Lauderdale, FL / (954) 880-9500
(name, address, and phone number)

Date of Hearing/Trial: August 30, 2021   Type of Hearing/Trial: Evidentiary Hearing/ Motion to Dismiss/Civil Case

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Debtor's Voluntary Petition with Schedules and Statement of Financial Affairs [ECF#1] | | | |
| 2 | Debtor's Chapter 11 Case Management Summary [ECF #9] | | | |
| 3 | Palm Beach County Property Appraiser 133 SW 13 Avenue, Delray Beach, FL | | | |
| 4 | Palm Beach County Property Appraiser 123 SW 13 Avenue, Delray Beach, FL | | | |
| 5 | Florida Department of State Division of Corporations 2021 Amended Annual Report | | | |
| 6 | Florida Department of State Division of Corporations 2021 Annual Report | | | |
| 7 | Appraisal conducted by The Appraisal Team of properties located at 123 and 133 SW 13 Avenue, Delray Beach, Florida | | | |
| 8 | Compilation of Balance Due since Modification of Mortgage | | | |

*In re: Delray Beach National Church of God, Inc.*
*Case No. 21-13777-EPK*

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 9 | 2001 Mortgage, Note, Assignment of Mortgage | | | |
| 10 | 2009 Mortgage Modification ($27,000 principal) | | | |
| 11 | Debtor's Monthly Operating Reports July, 2021 [ECF#75] June 2021 [ECF #55], May 2021 [ECF #46] and April 2021 [ECF #27] | | | |
| 12 | Debtor's Chapter 11 Small Business Subchapter V Plan [ECF #65] | | | |
| 13 | Plaintiff's Motion to Enforce Settlement Agreement and/or for Sanctions *RMC Development v. Delray Beach National Church of God* Palm Beach County, Florida Circuit Court Case Number 50-2019-CA-001714 | | | |

LF-49 (rev. 05/20/2020)